

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00236-CR

Esain Orlando **CARMONA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR4882
Honorable Laura Parker, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED May 8, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice